# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-CR-00421-KJD-PAL |
| v. | **ORDER** |
| KEVIN FOREST, *et al*., | |
| Defendants. | |

Presently before the Court is the Government's Motion to Dismiss the Indictment (#103). Having read and considered the motion, and good cause appearing, the motion is **GRANTED** and the Indictment is dismissed as to defendants Kevin Forest, Debra McLeod, and Alison McLeod. See Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED**.

DATED this 16TH day of May 2013.

_____
Kent J. Dawson
United States District Judge